| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>Mark Goldman #MG-8019<br><br>*Attorneys for Debtor(s)*   Steven W. Gaffney<br>                      Andrea E. Gaffney | <br><br>Order Filed on June 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>**Steven W. Gaffney**<br>**Andrea E. Gaffney**<br><br>Debtors | Case No.: 17-31540<br><br>Chapter:   13<br><br>Judge:   VFP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 19, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page: 2
Debtor(s): Steven W. Gaffney
Andrea E. Gaffney
Case No.: 17-31540/VFP

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $400.00 for services rendered and expenses in the amount of $_0__ for a total of $400.00 of which $n/a_ has already been received by said attorney and of which the balance of $400.00 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

_X_ through the Chapter 13 Plan as an administrative priority.

___ outside the plan.

The debtor's monthly plan is modified to require a payment of $ n/a per month for _months to allow for payment of the aforesaid fee.