| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Steven W Gaffney <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0952 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Andrea E Gaffney <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1583 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–31540–VFP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven W Gaffney                                        Andrea E Gaffney

<u>1/15/21</u>                                                              **By the court:** <u>Vincent F. Papalia</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Steven W Gaffney  
Andrea E Gaffney  
Debtors

Case No. 17-31540-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 6  
Date Rcvd: Jan 15, 2021     Form ID: 3180W     Total Noticed: 92

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven W Gaffney, Andrea E Gaffney, 16 Passaic Avenue, Hasbrouck Heights, NJ 07604-1108 |
| cr | + | Federal National Mortgage Association, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 517138347 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517138348 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517138350 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 517138349 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517138367 | + | MGI Financial Services LLC, PO Box 1326, South Plainfield, NJ 07080-7320 |
| 517138368 | + | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 517138370 | + | Ocwen Loan Servicing, Po Box 4622, Waterloo, IA 50704-4622 |
| 517138373 | + | Ocwen Loan Servicing, Llc, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 517138372 | + | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 517138377 | | PSE & G, Credit & Collections, 24 Brown Avenue, New Brunswick, NJ 08906 |
| 517138378 | + | PSE & G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517138379 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 517138382 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beaverton, OR 97005 |
| 517202782 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517138384 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517138383 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 517138385 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517138409 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517138410 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517150203 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518059053 | + | Wilmington Savings Fund Society,, Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 518809956 | + | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA |

Case 17-31540-VFP    Doc 64    Filed 01/17/21    Entered 01/18/21 00:20:19    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 3180W | Total Noticed: 92 |

| | | | | |
|---|---|---|---|---|
| 517138318 | | EDI: BANKAMER.COM | | 23541-1021 |
| | | | Jan 16 2021 02:13:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 517138317 | + | EDI: BANKAMER.COM | | |
| | | | Jan 16 2021 02:13:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517138325 | | EDI: CAPITALONE.COM | | |
| | | | Jan 16 2021 02:18:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517138320 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 16 2021 02:18:00 | Cap1/dbarn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517138319 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 16 2021 02:18:00 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 517138322 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 16 2021 02:18:00 | Capital One Na, Po Box 30273, Salt Lake City, UT 84130-0273 |
| 517138321 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 16 2021 02:18:00 | Capital One Na, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517138323 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 16 2021 02:18:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517138324 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 16 2021 02:18:00 | Capital One, General Correspondence, Po Box 30285, Salt lake City, UT 84130-0285 |
| 517138326 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 16 2021 02:18:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517258052 | | EDI: BL-BECKET.COM | | |
| | | | Jan 16 2021 02:18:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517138327 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517138336 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517138335 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517138338 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Citibank / Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517138337 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517138341 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517138339 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517138344 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517138343 | + | EDI: CITICORP.COM | | |
| | | | Jan 16 2021 02:18:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517138345 | + | EDI: WFNNB.COM | | |
| | | | Jan 16 2021 02:18:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517138346 | + | EDI: WFNNB.COM | | |
| | | | Jan 16 2021 02:18:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 517138352 | | EDI: FORD.COM | | |
| | | | Jan 16 2021 02:18:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |

Case 17-31540-VFP    Doc 64    Filed 01/17/21    Entered 01/18/21 00:20:19    Desc Imaged
                        Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 3180W | Total Noticed: 92 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517142141 | | EDI: FORD.COM | Jan 16 2021 02:18:00 | Ford Motor Credit Company, LLC, Dept. 55953, P.O. Box 55000, Detroit, MI 48255-0953 |
| 517138351 | | Email/Text: kmorgan@morganlaw.com | Jan 15 2021 21:43:00 | Ford, c/o Morgan, Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3269 |
| 517138357 | + | EDI: FORD.COM | Jan 16 2021 02:18:00 | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517138362 | | EDI: IRS.COM | Jan 16 2021 02:18:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517138328 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517138330 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517138332 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 517138333 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517138334 | | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517138364 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 15 2021 21:40:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517138363 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 15 2021 21:40:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517363877 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 22:34:01 | LVNV Funding, LLC its successors and assigns as, assignee of GLC Trust 2015-3, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517138365 | + | Email/Text: bk@lendingclub.com | Jan 15 2021 21:42:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517251712 | | EDI: PRA.COM | Jan 16 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517297582 | | EDI: PRA.COM | Jan 16 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 519053834 | + | Email/Text: bankruptcy@pseg.com | Jan 15 2021 21:39:00 | PSE&G, Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 517138374 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517138375 | + | Email/Text: bankruptcy@prosper.com | Jan 15 2021 21:42:00 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 517138376 | + | Email/Text: bankruptcy@prosper.com | Jan 15 2021 21:42:00 | Prosper Marketplace Inc, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 517350880 | | EDI: Q3G.COM | Jan 16 2021 02:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517138380 | | EDI: WFFC.COM | Jan 16 2021 02:18:00 | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 517138386 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517138387 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Syncb/Lord & Taylor, Po Box 965015, Orlando, FL 32896-5015 |
| 517138390 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 3180W | Total Noticed: 92 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517138391 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 517138389 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Syncb/music, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517138388 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Syncb/music, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517140675 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517138392 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517138393 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517138394 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517138395 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517138397 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517138396 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517138399 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517138400 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517138401 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517138402 | + | EDI: RMSC.COM | Jan 16 2021 02:13:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517138408 | | EDI: TDBANKNORTH.COM | Jan 16 2021 02:18:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 517138407 | | EDI: TDBANKNORTH.COM | Jan 16 2021 02:18:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517138406 | + | EDI: WTRRNBANK.COM | Jan 16 2021 02:18:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517138405 | + | EDI: WTRRNBANK.COM | Jan 16 2021 02:18:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 68

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517138342 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517138340 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517138353 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 517138354 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 517138355 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 517138356 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 3180W | Total Noticed: 92 |

| | | |
|---|---|---|
| 517138358 | *+ | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517138359 | *+ | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517138360 | *+ | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517138361 | *+ | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517138329 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517138331 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517138366 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 517138371 | *+ | Ocwen Loan Servicing, Po Box 4622, Waterloo, IA 50704-4622 |
| 517138369 | *+ | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 517138381 | *P++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Seterus Inc, 14523 Sw Millikan Way St, Beavertton, OR 97005 |
| 517370048 | *P++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Seterus, Inc., PO Box 1047, Hartford CT 06143 |
| 518586799 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518586800 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518910544 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518910545 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517138398 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517138403 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517138404 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518059054 | *+ | Wilmington Savings Fund Society,, Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 517138316 | ##+ | American Imaging Center, P.O. Box 493, Hackensack, NJ 07602-0493 |

TOTAL: 0 Undeliverable, 26 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | |
| | on behalf of Debtor Steven W Gaffney yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| David G. Beslow | |
| | on behalf of Joint Debtor Andrea E Gaffney yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Denise E. Carlon | |
| | on behalf of Creditor Residential Funding Mortgage Securities II  Inc. Home Equity Loan Pass-Through Certificates, Series 2007-HSA2, U.S. Bank National Association, as Trustee, successor in interest to Bank of America N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Residential Funding Mortgage Securities II  Inc. Home Equity Loan Pass-Through Certificates, Series 2007-HSA2, U.S. Bank National Association, as Trustee, successor in interest to Bank of America N.A kmcdonald@blankrome.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | |
| | on behalf of Creditor Federal National Mortgage Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |

District/off: 0312-2 | User: admin | Page 6 of 6
Date Rcvd: Jan 15, 2021 | Form ID: 3180W | Total Noticed: 92

Marie-Ann Greenberg
    magecf@magtrustee.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Mark Goldman
    on behalf of Debtor Steven W Gaffney yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Mark Goldman
    on behalf of Joint Debtor Andrea E Gaffney yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Shauna M Deluca
    on behalf of Creditor Wilmington Savings Fund Society  FSB sdeluca@raslg.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society  FSB smncina@raslg.com

Sindi Mncina
    on behalf of Creditor Wilmington Savings Fund Society  smncina@raslg.com

Sindi Mncina
    on behalf of Creditor Federal National Mortgage Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14