Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  17−31540−VFP
           Chapter:  13
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Steven W Gaffney | Andrea E Gaffney |
| --- | --- |
| 16 Passaic Avenue | 16 Passaic Avenue |
| Hasbrouck Heights, NJ 07604 | Hasbrouck Heights, NJ 07604 |

Social Security No.:
 xxx−xx−0952             xxx−xx−1583

Employer's Tax I.D. No.:

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 18, 2021</u>      <u>Vincent F. Papalia</u>
                Judge, United States Bankruptcy Court